910

No. 80-1406.   GARTENBERG v. POLLACK, U. S. DISTRICT JUDGE (MERRILL LYNCH ASSET MANAGEMENT, INC., ET AL., REAL PARTIES IN INTEREST).   C. A. 2d Cir.   Certiorari denied.

No. 80-1410.   E-SYSTEMS, INC. v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, ET AL.   C. A. 5th Cir. Certiorari denied.

No. 80-1413.   MARION COUNTY SCHOOL DISTRICT ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 80-1415.   MURPHY v. EAGEN, JUSTICE, PENNSYLVANIA SUPREME COURT, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 80-1426.   ZEIGLER COAL CO. v. DETHLOFF ET UX.   Sup. Ct. Ill.   Certiorari denied.

No. 80-1433.   EVANS v. ARKANSAS RACING COMMISSION ET AL.   Sup. Ct. Ark.   Certiorari denied.

No. 80-1438.   TENNESSEE RIVER PULP & PAPER CO. ET AL. v. SEGER.   Sup. Ct. Miss.   Certiorari denied.

No. 80-1443.   SAPAG, S. A. v. STANDARD FITTINGS CO.   C. A. 5th Cir.   Certiorari denied.

No. 80-1444.   KLUMPP v. COLONIAL PIPELINE CO. ET AL. Ct. App. La., 3d Cir.   Certiorari denied.

No. 80-1447.   ALLEN v. SNOW ET AL.   C. A. 1st Cir.   Certiorari denied.